**Order entered October 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01227-CV

### COMMERCIAL RECOVERY SYSTEMS, INC., Appellant

### V.

### CALIBER HOME LOANS, INC. F/K/A VERICREST
### FINANCIAL, INC. AND CERNO SOLUTIONS, INC., Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07683**

## ORDER

The Court has before it appellees' October 2, 2013 motion to enforce temporary injunction. The Court refers the motion to the trial court and instructs the trial court to hear evidence and grant appropriate relief. *See* TEX. R. APP. P. 29.4(a).

/s/     ELIZABETH LANG-MIERS
            JUSTICE